UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **GENOA HEALTHCARE, LLC,** | § | Civil Action No. 5:21-cv-00361-DAE |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | |
| | § | |
| **NISHI SONI, HIMANSHU PATEL,** | § | |
| And | § | |
| **SAI HEALTHWAY PHARMACY, LLC,** | § | |
| | § | |
| **Defendants** | § | |

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANTS HIMANSHU PATEL AND SAI HEALTHWAY PHARMACY, LLC TO ANSWER PLAINTIFF'S ORIGINAL COMPLAINT

CAME ON FOR CONSIDERATION the *Unopposed Motion to Extend Deadline for Defendants Himanshu Patel and SAI Healthway Pharmacy, LLC to Answer Plaintiff's Original Complaint* ("Motion to Extend") filed by Defendants Himanshu Patel and SAI Healthway Pharmacy, LLC ("Healthway Defendants").  The Court, having considered the record in this case, the Motion to Extend, and the representation that Plaintiff does not oppose the requested relief, the Court finds that the Motion to Extend is well-taken and should be approved.  It is therefore

**ORDERED, ADJUDGED, AND DECREED** that the deadline for the Healthway Defendants to answer or otherwise respond to the Plaintiff's Original Complaint is extended to **June 7, 2021**.

IT IS SO ORDERED.

Dated this __ day of May, 2021.

_____
DAVID A. EZRA